Adrian R. Bacon (Pro Hac Vice)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| GENESIS RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PLA-FIT FRNACHISE, LLC DBA PLANET FITNESS; JEG-FIT OPERATIONS, LLC; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No. 2:18-cv-03748-SMB <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PLA-FIT FRANCHISE, LLC DBA PLANET FITNESS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to Defendant PLA-FIT FRANCHISE, LLC DBA PLANET FITNESS ("Planet Fitness") only.  Defendant Planet Fitness has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 1st day of February, 2019.

By:  s/Adrian R. Bacon
     Adrian R. Bacon, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Filed electronically on this 1st day of February, 2019, with:

United States District Court CM/ECF system

Notification sent on this 1st day of February, 2019, via the ECF system to:

Honorable Magistrate Judge Deborah M. Fine
United States District Court
District of Arizona

This 1st day of February, 2019.
By: s/Adrian R. Bacon
    Adrian R. Bacon, esq.