# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genesis Rodriguez, | No. CV-18-03748-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss (Doc. 46) and good cause appearing,

**IT IS ORDERED** that this action and all claims the Plaintiff asserted against Defendants are dismissed with prejudice, and all claims on behalf of the putative class are dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 26th day of July, 2019.

Honorable Susan M. Brnovich
United States District Judge