# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genesis Rodriguez, | No. CV-18-03748-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties and Jeg-Fit Operations LLC, | |
| Defendants. | |

The last defendant having been dismissed, IT IS ORDERED directing the Clerk of Court to terminate this case.

Dated this 26th day of July, 2019.

Honorable Susan M. Brnovich
United States District Judge